GESSIN LTD
Jesse Gessin (SBN 263889)
Jesse@Gessin.Ltd
Mailing – 806 E. Avenida Pico, Suite I-291,
San Clemente, CA  92673
Physical – 910 South El Camino Real, Suite 201,
San Clemente, CA 92672
Tel.: (949) 328-6629

Attorney for Plaintiff *Dannielle Fewster*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIELLE FEWSTER, an individual,<br><br>    Plaintiff,<br><br>-vs-<br><br>HOAG MEMORIAL HOSPITAL PRESBYTERIAN, a California Corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 8:21-cv-00775<br><br>**DECLARATION OF JESSE GESSIN IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>[Filed concurrently with Ex Parte Application for Temporary Restraining Order, Declaration of Jesse Gessin, and (Proposed) Order]<br><br>Case Filed:           April 24, 2021<br>Hearing Date:      TBD |
| Steven Bloom, an individual,<br><br>    Party in Interest | |

# DECLARATION OF JESSE GESSIN

I, Jesse Gessin, declare as follows:

1. I am counsel for Dannielle Fewster. I make this declaration in support of Ms. Fewster's ex parte application for a temporary restraining order/preliminary injunction. The facts below are true of my own personal knowledge and if called upon to do so, I could and would testify competently to them.

2. At approximately 9:00 p.m. on April 22, 2021, I consulted with Ms. Fewster for the first time. I only became aware of the matter earlier in the evening. I requested to talk with Susan Bloom's cardiologist, Anthony Caffarelli, M.D.

3. At approximately 3:00 p.m. on April 23, I talked with Dr. Caffarelli. I learned from Dr. Caffarelli there are medically viable procedures for Ms. Bloom that would sustain life, namely percutaneous endoscopic gastrostomy (PEG) and/or tracheotomy. I was informed that there is a likelihood if these procedures are instituted Ms. Bloom could end up in a persistent vegetative state. However, I understand from my conversation with Dr. Caffarelli that Ms. Fewster's request for breathing and feeding tubes is not medically unreasonable or unsound, and that Ms. Bloom's chances for recovery are unknown. I also learned that Hoag Memorial Hospital Presbyterian is not instituting these procedures based on Steven Bloom's decisions under the durable power of attorney.

4. I intend to supplement Ms. Fewster's initial filings with further information from Dr. Caffarelli.

5. I intend to file parallel State and Federal actions for injunctive relief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2021, at San Clemente, California.

*/s/ Jesse Gessin*
_____
Jesse Gessin



## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action. My business mailing address is 806 E. Avenida Pico, Suite I-291, San Clemente, CA 92673. On April 24, 2021, I served the foregoing document described as

**DECLARATION OF JESSE GESSIN IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

on the following-listed attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual notice) by the following means of service:

SERVED BY U.S. MAIL: There are currently no individuals on the list to receive mail notices for this case.

SERVED BY CM/ECF. I hereby certify that, on April 24, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The filing of the foregoing document will send copies to the following CM/ECF participants:

There are no participants currently on the list to receive e-mail notices for this case.

SERVED BY EMAIL: I caused the foregoing document(s) to be transmitted to email address(es) as last given by counsel(s) or party in pro per as set forth below. The transmission was made with no error reported.

SERVED BY PERSONAL DELIVERY: By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the below mailing list and causing such envelope(s) to be delivered to the office of the addresse(s):

Lisa Bynum
lisa.bynum@hoag.org
Hoag Memorial Hospital Presbyterian
One Hoag Drive
Newport Beach, California 92663

Steven Bloom
nskro@cox.net
26131 Dundee Drive
Lake Forest, CA  92630

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 24, 2021 at San Clemente, California.

*/s/ Jesse Gessin*
Jesse Gessin

PROOF OF SERVICE