1  GESSIN LTD
   Jesse Gessin (SBN 263889)
2  Jesse@Gessin.Ltd
3  Mailing – 806 E. Avenida Pico, Suite I-291,
   San Clemente, CA  92673
4  Physical – 910 South El Camino Real, Suite 201,
5  San Clemente, CA 92672
6  Tel.: (949) 328-6629
7  Attorney for Plaintiff *Dannielle Fewster*

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11  DANNIELLE FEWSTER, an individual,   Case No.:  8:21-cv-00775
12         Plaintiff,
13  -vs-                                **[PROPOSED] TEMPORARY**
                                        **RESTRAINING ORDER**
14  HOAG MEMORIAL HOSPITAL
15  PRESBYTERIAN, a California
    Corporation; and DOES 1 through 25,
16  inclusive,
17         Defendants.

18  Steven Bloom, an individual,
19         Party in Interest
20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

The Court, having considered Plaintiff's Complaint, Declarations of Dannielle Fewster and Jesse Gessin, and Plaintiff's Ex Parte Application for Temporary Restraining Order/Preliminary Injunction against Defendant Hoag Memorial Hospital Presbyterian, and for good cause appearing that Plaintiff has shown a likelihood of success on the merits and the potential irreparable harm of a substantial nature, the application is HEREBY GRANTED and the Court makes the following Orders:

1.   That a Temporary Restraining Order ("TRO") be issued requiring Defendant Hoag Memorial Hospital Presbyterian, to the extent permissible within applicable medical standards of care, institute life sustaining medical treatment including, but not limited to, mandating introduction of nutritional support, insertion of a tracheostomy tube, gastric tube, and to provide other medical treatments and protocols designed to promote Susan's maximum level of medical improvement and provision of sufficient time to evaluate Susan's responsiveness to treatment, and enter any other such relief the Court deems just and appropriate under the circumstances;

2.   Counsel for Plaintiff will be responsible for serving this Order on all parties immediately and file a proof of service to that effect.

**3.**   The TRO shall expire on **Tuesday, April 27, 2021, at 5:00 p.m.**

**IT IS SO ORDERED.**

Dated: April 24, 2021

David O. Carter

DAVID O. CARTER
United States District Judge

- 1 -