UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 21-00775-DOC-(ADSx) | Date | April 27, 2021 |
| Title | Dannielle Fewster, et al. v. Hoag Memorial Hospital Presbyterian, et al. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | Debbie Gale |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEY PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Jesse Gessin | Tami Smason |

**PROCEEDINGS:** MOTION hearing via Zoom
(Held and Completed)

    Case called. Also present via Zoom is Dr. Ally Hoppe, Dannielle Fewster, and Roger Padilla. Court and counsel confer via Zoom regarding the appropriate level of care to be administered. The Courts orders the Temporary Restraining Order dissolved as previously ordered at 5:00 p.m

    : 31

Initials of Deputy Clerk    kd